**LIZ MURRILL**
**ATTORNEY GENERAL**

**STATE OF LOUISIANA**
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 94005
BATON ROUGE, LA
70804-9005

### NOTICE OF R.S. 51:1401 COMPLAINT
The Unfair Trade Practices and Consumer Protection Law

Date of Notice:    August 27, 2024

FROM:    Liz Murrill
Attorney General, State of Louisiana
Public Protection Division
1885 N. Third Street, 4th Floor
Baton Rouge, LA 70802

TO:    Express Scripts, Inc. & Accredo Health Group, Inc.
Through their Registered Agent
For Service of Process
CT Corporation System
120 South Central Avenue
Clayton, Missouri 63105

RE:    Aids Healthcare Foundaiton *versus* Express Scripts, Inc. and Accredo Health Group, Inc.

**Notice** is hereby given that a formal complaint has been filed against **Express Scripts, Inc. and Accredo Health Group, Inc.** in connection with certain litigation entitled **Aids Healthcare Foundaiton *versus* Express Scripts, Inc. and Accredo Health Group, Inc.**. The petitioner therein asserts that you are in violation of Louisiana Revised Statutes 51:1401, *et seq.*

This office has not investigated this matter and makes no determination as to the merits thereof. The purpose of this notice is to place **Express Scripts, Inc. and Accredo Health Group, Inc.** on notice of this claim, and provide the defendant with the opportunity to evaluate its position and if necessary to cease such activity. Having received this notice, should the same be found by a court of competent jurisdiction to constitute a violation of

EXHIBIT B

Louisiana Revised Statute 51:1401, *et seq.*, the Unfair Trade Practices Act and Consumer Protection Law, the petitioner in said suit will have fulfilled the notice requirement under La. R.S. 51:1409, and may be entitled to treble damages under the statutes.

Notice is hereby given this 27th day of August, 2024.

State of Louisiana

**LIZ MURRILL**
**Attorney General**

BY: _____
ZaTabia Williams
Assistant Attorney General
Consumer Protection Division

CC:    Brian E. McGovern &
       Andrew M. Lammert
       McCarthy, Leonard & Kaemmerer
       825 Maryville Centre Drive, Suite 300
       Town and Country, MO 63017-5946

       David W. Kesselman, Amy T. Brantly,
       Abiel Garcia & Wesley A. Sweger
       Kesselman, Brantly, Stockinger, LLP
       1230 Rosecrans Avenue, Suite 400
       Manhattan Beach, CA  90266

EXHIBIT B