# DECLARATION OF MEGHAN A. MCCAFFREY
# FILED UNDER SEAL