IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., *et al.*<br><br>Defendant. | Case No. 4:24-cv-01043-MTS |

**[PROPOSED] ORDER**

This matter came before the Court on the Motion to Dismiss First Amended Complaint by Express Scripts, Inc. ("Express Scripts") and Accredo Health Group, Inc. ("Accredo"). Based upon consideration of all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Express Scripts and Accredo's Motion to Dismiss is GRANTED.

2. Plaintiff's claims against Express Scripts and Accredo are DISMISSED WITH PREJUDICE.

Dated: _____

THE HONORABLE MATTHEW T. SCHELP
United States District Judge