IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., *et al.*<br><br>Defendants. | Case No. 4:24-cv-01043-MTS |

**DEFENDANTS EXPRESS SCRIPTS, INC. AND ACCREDO HEALTH
GROUP, INC.'S MOTION FOR ORAL ARGUMENT**

In accordance with Local Rule 4.02(B), Express Scripts, Inc. ("Express Scripts") and Accredo Health Group, Inc. ("Accredo") hereby move the Court for oral argument on their motion to dismiss. In support of this Motion, Express Scripts and Accredo, by and through undersigned counsel, state as follows:

1. On October 2, 2024, Plaintiff AIDS Healthcare Foundation ("AHF") filed a 53-First Amended Complaint for Damages and Injunctive Relief ("FAC"). ECF No. 29.

2. Plaintiff's FAC alleges six causes of action under two federal statutes, one Louisiana state statute, and Missouri state law and seeks injunctive relief and damages. *Id.*

3. Given the numerous claims arising under disparate sources of substantive law, Express Scripts and Accredo respectfully submit that both the parties and the Court would benefit from the opportunity for the parties to present oral argument and answer any questions that the Court may have.

1

Dated: October 30, 2024                    Respectfully submitted,

                                                By:  */s/ Sarah C. Hellmann*
Sarah C. Hellmann, #50373(MO)
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
P: (314) 480-1500
F: (314) 480-1505
sarah.hellmann@huschblackwell.com

Michael J. Lyle (*pro hac vice*)
Eric C. Lyttle (*pro hac vice*)
Meghan A. McCaffrey (*pro hac vice*)
Jonathan G. Cooper (*pro hac vice*)
Michael D. Bonanno (*pro hac vice*)
Ryan T. Andrews (*pro hac vice*)
Samuel J. Johnson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
P: (202) 538-8000
F: (202) 538-8100
mikelyle@quinnemanuel.com
ericlyttle@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
jonathancooper@quinnemanuel.com
mikebonanno@quinnemanuel.com
ryanandrews@quinnemanuel.com
samueljohnson@quinnemanuel.com

*Attorneys for Defendants Express Scripts, Inc. and Accredo Health Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of September 2024, a copy of the foregoing document was filed with the Clerk of the Court to be served upon counsel of record via the Court's ECF system.

                                          */s/ Sarah C. Hellmann*
                                          Sarah C. Hellman