**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>EXPRESS SCRIPTS, INC. and<br>ACCREDO HEALTH GROUP, INC.<br><br>*Defendants.* | No. 4:24-cv-01043 MAL |

**<u>ORDER OF DISMISSAL</u>**

In accordance with the Memorandum and Order entered on 8/25/2026,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice.**

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good faith.

This 2nd day of September, 2026.

Maria A. Lanahan
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE